UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-322-1BO

| UNITED STATES OF AMERICA | ORDER |
| v. | AMENDING JUDGMENT |
| ERIC COSTINO SHARPE | |

Pursuant to Rule 35(a) of the Federal Rules of Criminal Procedure, defendant's unopposed motion to correct a sentence that resulted from technical error is hereby allowed. The Court hereby AMENDS the judgment in this case to change the term of supervised release from six (6) years to three (3) years.

SO ORDERED.

This ___6___ day of September, 2017.

TERRENCE W. BOYLE
United States District Judge